

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DEXTER KEMP, AN INDIVIDUAL, KATHY KEMP,
AN INDIVIDUAL, KANANH KING KEMP, A MINOR,
KHARIAN KING KEMP, A MINOR                                    PLAINTIFFS

VERSUS                                          NO. 1:04cv906-LG-RHW

GRAND HOUSING, INC., CHANDELEUR HOMES, INC.,
A SUBSIDIARY OF CHAMPION ENTERPRISES, INC.,
BOMBARDIER CAPITAL, INC.                                      DEFENDANTS

### AGREED PARTIAL JUDGMENT OF DISMISSAL

This cause is before the Court on Motion <u>Ore Tenus</u> by the Plaintiffs and Defendants to dismiss the personal injury claims of the Plaintiffs from the above styled and numbered cause, and the Court having heard and considered same finds that the motion to partially dismiss as to the personal injury claims of the Plaintiffs is well taken and should be sustained. It is therefore,

ORDERED AND ADJUDGED, that judgment is hereby entered dismissing the personal injury claims of the Plaintiffs, Dexter Kemp and Kathy Kemp, a/k/a Kathy King Kemp with prejudice, and dismissing the personal injury claims of minors, Kananh King Kemp and Kharian King Kemp, without prejudice and the Court further finds that there is no just reason for delay and that as to these claims a final Judgment is hereby entered in accordance with Rule 54(b) of the Federal Rules of Civil Procedure.

SO ORDERED AND ADJUDGED this, the 12TH day of July, 2006.

_____
U.S. DISTRICT COURT JUDGE

APPROVED:

_____
STEPHEN W. MULLINS,
ATTORNEY FOR PLAINTIFFS,
KATHY KING KEMP, KANANH KING KEMP
AND KHARIAN KING KEMP

_____
BRANDON CURRIE JONES,
ATTORNEY FOR PLAINTIFF,
DEXTER KEMP

_____
DAVID SULLIVAN,
ATTORNEY FOR DEFENDANT,
GRAND HOUSING, INC.

_____
GEOFFREY D. ALEXANDER,
ATTORNEY FOR BOMBARDIER CAPITAL, INC.

_____
FREDRICK B. FEENEY, II
ATTORNEY FOR DEFENDANT,
CHANDELEUR HOMES, INC.

2